## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**SHAUNTELL M. SUMMERALL, #R6322**                                                          **PLAINTIFF**

**versus**                                              **CIVIL ACTION NO. 4:08-cv-32-HTW-LRA**

**UNKNOWN THRIFT, et al.**                                                                **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

This the 20th day of November, 2008.

                                                s/ HENRY T. WINGATE
                                                CHIEF UNITED STATES DISTRICT JUDGE